JS-6

NEWMEYER & DILLION LLP
MICHAEL W. SHONAFELT, CBN 186853
Michael.Shonafelt@ndlf.com
JASON MOBERLY CARUSO, CBN 287809
Jason.Caruso@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff and Petitioner
CROWN CASTLE FIBER LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CROWN CASTLE FIBER LLC,<br><br>  Plaintiff and Petitioner,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; ALL PERSONS INTERESTED IN THE VALIDITY OF THE INCREASED CONDITIONAL USE PERMIT FEES ADOPTED BY RESOLUTION NO. 19-039; and DOES 1-10, inclusive,<br><br>  Defendants and Respondents. | Case No. 2:19-cv-07514-SVW (JCx)<br>Judge:         Stephen V. Wilson<br>Magistrate:  Jacqueline Chooljian<br><br>**ORDER REGARDING DISMISSAL OF ACTION PURSUANT TO SETTLEMENT AGREEMENT**<br><br>[*Filed Concurrently Joint Stipulation*]<br><br>FILE DATE:   August 29, 2019<br>TRIAL DATE: Not set |

[PROPOSED] ORDER REGARDING DISMISSAL OF ACTION

Pursuant to the stipulation of the Parties,[1] and good cause having been shown, the Court hereby orders as follows:

1. Crown Castle's operative petition and complaint in this action (Dkt. 25) is hereby dismissed with prejudice; and

2. Pursuant to the Conditional Settlement Agreement, no Party is considered the prevailing Party, and all Parties are to bear their own fees and costs in connection with this action.

IT IS SO ORDERED.

Dated: December 7, 2022

_____
STEPHEN V. WILSON
United States District Judge

---

[1] All specially-defined terms are defined in the Parties' concurrently-filed stipulation.